# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDUARDO GABRIEL GUERRERO-MARTINEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | No. CV 24-00210-DOC (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed, and the time to file objections has expired. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice as moot and for failure to prosecute.

　　　　As a federal prisoner proceeding under 28 U.S.C. § 2241, Petitioner is not required to obtain a certificate of appealability ("COA") in order to appeal to the United States Court of Appeals in this case. See Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008) (holding that plain language of 28 U.S.C. § 2253(c)(1) does not require federal prisoners bringing § 2241 petitions to

obtain COA to appeal, unless § 2241 petition "is merely a 'disguised' § 2255 petition").

Date: June 7, 2024

*David O. Carter*

DAVID O. CARTER
United States District Judge