JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDUARDO GABRIEL GUERRERO-MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No. CV 24-00210-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot and for failure to prosecute.

Date: June 7, 2024

_David O. Carter_
DAVID O. CARTER
United States District Judge